1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America
8

**FILED**

OCT 07 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____EN_____
         DEPUTY CLERK

9            IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           CASE NO. 1:19-CR-00195 DAD BAM

13              Plaintiff,              ORDER TO UNSEAL REDACTED COPY OF
                                        INDICTMENT
14        v.

15  ELVIS ZELAYA,

16              Defendant.

17

18     The indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

19  Criminal Procedure.

20     IT IS HEREBY ORDERED that the redacted copy of the indictment be made public record.

21

22  Dated:  10/7/19                     _____
                                        The Honorable Barbara A. McAuliffe
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

3