PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELVIS ZELAYA (3),<br><br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-00195-NODJ-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER<br><br>TRIAL DATE: September 17, 2024<br>TIME: 8:30 a.m. |

　　　This case is set for Jury Trial on September 17, 2024. The United States and Defendant Elvis Zelaya (3) have reached a plea agreement (ECF # 134). Accordingly, the parties request the Court set a change of plea hearing in this matter on July 15, 2024.

　　　IT IS SO STIPULATED.

Dated: June 24, 2024　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/ JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Dated:  June 24, 2024                          /s/ Kevin Rooney
                                               Kevin Rooney
                                               Counsel for Defendant
                                               Elvis Zelaya

### **ORDER**

IT IS SO ORDERED that the jury trial set for September 17, 2024, trial confirmation set for August 26, 2024 and status conference set for August 14, 2024 are vacated, **as to Elvis Zelaya ONLY**. A change of plea hearing is set for **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time was previously excluded through September 17, 2024.

IT IS SO ORDERED.

Dated:  **June 24, 2024**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

2