Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ELVIS ZELAYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>ELVIS ZELAYA,<br><br>               Defendant. | Case No.  1:19-cr-00195-BAM-3<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF KEVIN ROONEY AS ATTORNEY OF RECORD AND ORDER** |

On October 7, 2019, Defendant Elvis Zelaya was indicted on federal charges. CJA Panel Attorney Kevin Rooney was appointed as trial counsel to represent Mr. Zelaya on April 14, 2021 in his criminal case.  Mr. Zelaya was sentenced pursuant to a plea agreement on October 9, 2024. The time for filing a direct appeal has run. No direct appeal was filed. Mr. Zelaya was in custody at sentencing.  The trial phase of  Mr. Zelaya's criminal case has, therefore, come to an end. Having completed his representation of Mr. Zelaya, CJA attorney Kevin Rooney now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Zelaya require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: November 5, 2024                              Respectfully submitted,

                                            /s Kevin Rooney
                                            KEVIN P. ROONEY
                                            Attorney for defendant
                                            ELVIS ZELAYA

**ORDER**

Having reviewed the notice and found that attorney Kevin Rooney has completed the services for which he was appointed, the Court hereby grants attorney Kevin Rooney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Elvis Zelaya at the following address and to update the docket to reflect Defendant's pro se status and contact information.

ELVIS ZELAYA ID# 2261334
c/o Kern County Lerdo Justice Facility
17801 INDUSTRIAL FARM RD
BAKERSFIELD CA 93308-9599

**IT IS SO ORDERED.**

**Date: November 7, 2024**       _____
                                        TROY L. NUNLEY
                                        CHIEF UNITED STATES DISTRICT JUDGE